**MEMO ENDORSED**



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 3, 2025

**By ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/4/25
```

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States v. Carlos Rivas*,
           25 Cr. 418 (ALC)

Dear Judge Carter:

    The Government respectfully writes to request one week to file a submission in response to the defendant's motion to dismiss (Dkt. 11), *i.e.*, the Government requests to file its submission on or before November 10, 2025.

                                    Respectfully submitted,

                                    JAY CLAYTON
                                    United States Attorney for the
                                    Southern District of New York

           By:  *Rita Maxwell*
                 Rita Maxwell
                 Assistant United States Attorney
                 (212) 637-2206

cc:    Counsel of Record (by ECF)

SO ORDERED:
*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
**11/4/25**